JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO NARCISO, | No. CV 07-5515 PA (AJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF DOWNEY, et al. | |
| Defendants. | |

In accordance with the Court's July 28, 2008 Minute Order granting summary judgment in favor of defendants City of Downey, Downey Police Department, Downey Police Chief John Finch, and Downey Police Officers William Kautz, Edward Kelly, and Ron Gee (collectively the "Downey Defendants") and City of Whittier, Whittier Police Department, Whittier Police Chief David Singer, and Whittier Police Officer Michael Martinez (collectively the "Whittier Defendants"), which granted summary judgment on Plaintiff's first, third, and fourth claims brought pursuant to 42 U.S.C. § 1983, California Civil Code section 52.1, and Article I, section 13 of the California Constitution, and dismissed the remaining claims, there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff Francisco Narciso ("Plaintiff") shall recover nothing from the Downey Defendants or the Whittier Defendants on Plaintiff's first, third, and fourth claims for relief;

2. The Downey Defendants and the Whittier Defendants shall have judgment in their favor on Plaintiff's first, third, and fourth claims for relief; and

3. The Downey Defendants and the Whittier Defendants shall recover from Plaintiff their costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: August 11, 2008

                                                       Percy Anderson
                                    UNITED STATES DISTRICT JUDGE